*MITN*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    06 CR 782-1,2 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| RICHARD E. DORONIUK | ) | |
| MAHMOUD SHAMAH | ) | |

**FINAL ORDER OF FORFEITURE**

This cause comes before the Court on motion of the United States for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 1963, and Fed. R. Crim. P. 32.2, and the Court being fully informed hereby finds as follows:

(a)      On June 28, 2007, a superseding indictment was returned charging defendants RICHARD E. DORONIUK, MAHMOUD SHAMAH, and others with racketeering conspiracy pursuant to the provisions of 18 U.S.C. § 1962(d), among other violations;

(b)      The superseding indictment sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 1963;

(c)      On November 18, 2008, a jury trial was held before this Court as to defendant MAHMOUD SHAMAH. On December 2, 2008, the jury returned a verdict of guilty against defendant MAHMOUD SHAMAH as to certain counts of the superseding indictment, including Count One, thereby making the property named in the superseding indictment subject to forfeiture pursuant to 18 U.S.C. § 1963(a)(1) and (a)(3);

(d)      Further, defendant MAHMOUD SHAMAH waived his right to have the forfeiture allegations in the superseding indictment considered by a jury. It was agreed instead that this Court would consider the issues relating to forfeiture;

(e)     On July 2, 2009, this Court entered a joint and several preliminary order of forfeiture in which all right, title, and interest of defendant MAHMOUD SHAMAH in funds in the amount of $1,780 was forfeited to the United States of America for disposition according to law, pursuant to the provisions of 18 U.S.C. § 1963(a)(1) and (a)(3);

(f)     On June 3, 2009, pursuant to Fed. R. Crim. P. 11, defendant RICHARD E. DORONIUK entered a voluntary plea of guilty to Count One of the superseding indictment, , thereby making the property named in the indictment subject to forfeiture pursuant to 18 U.S.C. §§ 1963(a)(1) and (a)(3);

(g)     Pursuant to the terms of his plea agreement, and as a result of his violations of 18 U.S.C. § 1962(d), defendant RICHARD E. DORONIUK and the United States agreed that certain property, namely, funds in the amount $1,500 are subject to forfeiture pursuant to the provisions of 18 U.S.C. §§ 1963(a)(1) and (a)(3) because those funds constitute proceeds of the violations alleged in Count One;

(h)     Defendant RICHARD E. DORONIUK agreed to the entry of a forfeiture judgment in the amount of $1,500 pursuant to the provisions of 18 U.S.C. §§ 1963(a)(1) and (a)(3). On June 30, 2009, this Court entered a joint and several preliminary order of forfeiture in which all right, title, and interest of defendant RICHARD E. DORONIUK in fund in the amount of $1,500 was forfeited to the United States of America for disposition according to law, pursuant to the provisions of 18 U.S.C. § 1963;

(i)     The United States Marshals Service was directed to seize and take custody of the foregoing funds. Additionally, pursuant to the provisions of 18 U.S.C. § 1963(e), the United States Marshal was ordered to publish notice of the United States' intention to forfeit the property and to dispose of it according to law;

(j)     On July 20, 2009, defendant MAHMOUD SHAMAH tendered a cashier's check in the amount of $1,780 payable to the United States Marshal Seized Assets Account. Therefore, the outstanding joint and several forfeiture judgements against defendants MAHMOUD SHAMAH and RICHARD E. DORONIUK are satisfied;

(k)     Pursuant to the provisions of 18 U.S.C. § 1963(l)(1), beginning on October 18, 2009, and continuing for three consecutive weeks ending on November 16, 2009, the United States published notice of its intention to forfeit the foregoing property on the following government internet web page: www.forfeiture.gov;

(l)     The Preliminary Order of Forfeiture was served pursuant to the district court's ECF system as to ECF filers. Pursuant to the provisions of 18 U.S.C. § 1963, no parties are known to have an interest in the property and accordingly, no parties were personally served with a copy of the notice of publication and preliminary order of forfeiture;

(m)     To date, no petitions have been filed requesting a hearing to adjudicate any interest on the part of any claimant, in the funds in the amount of $1,780, and the time in which to file a request for a hearing has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.     That, pursuant to the provisions of 18 U.S.C. § 1963 and Fed. R. Crim. P. 32.2, all right, title and interest of defendants RICHARD E. DORONIUK, MAHMOUD SHAMAH, and any other third party, in funds in the amount of $1,780 are hereby forfeited to the United States of America for disposition according to law:

2.     That, pursuant to the provisions of 18 U.S.C. § 1963, following entry of this order, the United States shall have clear title to funds in the amount of $1,780 and shall dispose of it according to law;

3.      This Court shall retain jurisdiction in this matter to take any additional action and

enter further orders as necessary to implement and enforce this final forfeiture order.

_____
ROBERT W. GETTLEMAN
United States District Judge


DATED: _02/04/10_